## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

THORNTON PETERSON                                                    PETITIONER

V.                                                                   NO. 4:11CV086-A-V

WARDEN BRAND HUFFMAN, et al.                                         RESPONDENTS

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated February 14, 2012, was on that date duly served by mail upon Petitioner at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court finds that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated February 14, 2012, is hereby APPROVED and ADOPTED as the opinion of the court; and

2) the motion for judgment on the pleadings (docket entry 13) is DENIED.

THIS the 22nd day of May, 2012.


                                        /s/ Sharion Aycock
                                        **U.S. DISTRICT JUDGE**